# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **NIKE MILLER,** | ) |
| Plaintiff, | ) **Civil Action No.** |
| v. | ) **2:15-cv-00082-JRG-MCLC** |
| **ETOURANDTRAVEL, INC.,** | ) |
| Defendant. | ) |

## **NOTICE OF SETTLEMENT**

TO THE CLERK:

    PLEASE TAKE NOTICE that the parties have settled this action. Dispositional documents will be filed within sixty (60) calendar days.

Date: <u>May 4, 2016</u>     <u>/s/ Amy L. Bennecoff Ginsburg</u>
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

- 1 -

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of the forgoing document, *via* electronic service through PACER, upon all counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure on May 4, 2016.

Shannon van Tol
Lewis, Thomason, King, Krieg & Waldrop, P.C.
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646
svantol@lewisthomason.com

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
Attorney for Plaintiff