UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| NIKE MILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ETOURANDTRAVEL, INC., )<br>)<br>Defendant. ) | No. 2:15-CV-82 |

## ORDER

The plaintiff reported this case settled on May 4, 2016, [Doc. 17]. The parties shall have 60 days from the entry of this Order to file a Stipulation of Dismissal, or this Court will close the case based on the reported settlement.

So ordered.

ENTER:

                                                                            s/J. RONNIE GREER
                                                         UNITED STATES DISTRICT JUDGE