# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **NIKE MILLER,** | |
| Plaintiff, | **Civil Action No. 2:15-cv-00082-JRG-MCLC** |
| v. | |
| **ETOURANDTRAVEL, INC.,** | **Jury Trial Demanded** |
| Defendant. | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Shannon F. Van Tol* | */s/ Amy L. Bennecoff Ginsburg* |
| Shannon F. Van Tol, Esquire | Amy L. Bennecoff Ginsburg, Esquire |
| Lewis, Thomason, King, Krieg | BPR #28563 |
| & Waldrop, P.C. (Knox) | Kimmel & Silverman, P.C. |
| One Centre Square | 30 East Butler Pike |
| 620 Market Street, 5th Floor | Ambler, PA 19002 |
| Knoxville, TN 37901 | Phone: (215) 540-8888 |
| Phone: (865) 523-6529 | Email: aginsburg@creditlaw.com |
| Email: svantol@lewisthomason.com | Attorney for the Plaintiff |
| Attorney for the Defendant | |
| Date: May 19, 2016 | Date: May 19, 2016 |

BY THE COURT:

_____
J.

# **CERTIFICATE OF SERVICE**

I certify that I served a copy of the forgoing document, *via* electronic service through PACER, upon all counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure.

DATE: May 19, 2016

Respectfully Submitted,
/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg
BPR #28563
Kimmel & Silverman, P.C
30 E. Butler Pike
Ambler, PA 19335
Phone: (215) 540-8888
Facsimile (877) 788-2864
Email: aginsburg@creditlaw.com